UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America_____
                                                              )        Crim. No.  (RWR)
                                                              )
         versus                                           )
                                                              )
Wonnie Nathaniel Hampton,            )
_____Defendant_____)

NOTICE OF APPEARANCE

The clerk of the Court will please note the entry of my appearance under the

Criminal Justice Act nunc pro tunc to December 22, 2005.

Respectfully submitted,

NATHAN I. SILVER/#944314
Attorney for Wonnie Nathaniel Hampton

P.O. Box 5757
Bethesda, MD 20824-5757
(301) 229-0189 (fax and voice calls)
email: NISquire@aol.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was served via electronic transmission upon the following this 27th day of February, 2006: Martin Dee Carpenter, Esq., Asst. U.S. Attorney, U.S. Attorney's Office, 555 4th St. NW, Washington, D.C. 20530 and upon Jonathan Jeffress, Esq., Federal Public Defender, 625 Indiana Ave. NW, Washington DC 20004.

_____
*Nathan I. Silver*